# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| XIAOJUN SUN et al.,<br><br>             Plaintiffs,<br>     v.<br><br>KRISTI NOEM et al.,<br><br>             Defendants. | CASE NO. 2:25-cv-00057-LK<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulated motion to dismiss, Dkt. No. 8, this action is dismissed without prejudice, with each party to bear their own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to terminate this case.

Dated this 8th day of April, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER DISMISSING CASE - 1